IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES A. CLEMENTS                                                        PLAINTIFF

V.                                    NO. 1:04CV00038 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                    DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 22nd  day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE